FAYE V. PETERSON v. PALMER A. PETERSON AND ANOTHER.

153 N. W. (2d) 831.

October 27, 1967—No. 40,021.

*Nilva, Shaw & Frisch* and *Ray Flader,* for relator.
*James P. Rorris* and *Dygert & Gunn,* for respondent.

PER CURIAM.

Relator was convicted of constructive *criminal* contempt by the District Court of Hennepin County on March 18, 1965. The proceedings were prosecuted by plaintiff-respondent's private attorney rather than by the county attorney, and relator was not afforded a jury trial. The judgment accordingly must be reversed and remanded for proceedings consistent with Peterson v. Peterson, 278 Minn. 275, 153 N. W. (2d) 825.

Reversed and remanded for a new trial.